

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-17-00532-CR

Barry G. **COGGINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2480
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's brief was due on November 27, 2017. Almost one month *after* the brief was due, on December 26, 2017, Appellant filed a first motion for a sixty-day extension of time to file the brief. This court granted Appellant's motion with a clear, specific warning:

> **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** We ORDER Appellant to file the brief not later than January 26, 2018. If Appellant fails to file the brief as ordered, we will immediately abate this appeal and remand the cause to the trial court for an abandonment hearing.

Despite our express warning, on January 26, 2018, court-appointed counsel Edward F. Shaughnessy requested an additional forty-five days to file the brief until March 12, 2018.

Appellant's motion is DENIED.

We ABATE this appeal and REMAND the cause to the trial court. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b), within TEN DAYS of the date of this order, to answer the following questions:

(1)     Does Appellant desire to prosecute his appeal?

(2) If Appellant desires to prosecute his appeal, can the trial court assure this court that Edward F. Shaughnessy will file Appellant's brief or a motion to dismiss within TEN DAYS of the date of the abandonment hearing?

If the trial court determines the answer to the first question is yes and the answer to the second question is no, the trial court shall remove Edward F. Shaughnessy from this appeal and shall appoint new counsel for Appellant.

The trial court may, in its discretion, receive evidence on the first question by sworn affidavit from Appellant or by allowing Appellant to appear by electronic means (e.g., telephone or video conference). However, the trial court must order Edward F. Shaughnessy to be physically present at the hearing. *See id.* R. 38.8(b)(3).

We ORDER the trial court to file supplemental clerk's and reporter's records in this court, not later than FIFTEEN DAYS from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) answers to this court's two questions. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court